**UNITED STATES BANKRUPTCY COURT**
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In Re:    Wendy Lee Schlicher | Chapter: 7 |
| Debtor, | Case No: 10–42238 |
| | Judge Melvin S. Hoffman |

**ORDER DISCHARGING TRUSTEE
AND CLOSING CASE**

It is hererby **ORDERED** that David W. Ostrander−W, the Trustee is discharged from any further duties herein and that this case is hereby closed pursuant to 11 U.S.C. § 350(a).

Date:9/2/10                                                                 By the Court,

                                                                            Melvin S. Hoffman
                                                                            U.S. Bankruptcy Judge